CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tulio Alfredo Trejo**<br>YOB: 1987; Citizen of El Salvador | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-07193MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 18, 2021, at or near Big Field, in the District of Arizona, **Tulio Alfredo Trejo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on September 1, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Tulio Alfredo Trejo** is a citizen of El Salvador. On September 1, 2020, **Tulio Alfredo Trejo** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On April 18, 2021, agents found **Tulio Alfredo Trejo** in the United States at or near Big Field, Arizona, without the proper immigration documents. **Tulio Alfredo Trejo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff<br><br>    Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau*<br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>April 19, 2021 |